UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

3:08-bk-08229-JAF

CASSANDRA KENNEBRUEW

_____Debtor____/

## ORDER DISMISSING CHAPTER 13 CASE
## FOR FAILURE TO MAKE CONFIRMED PLAN PAYMENTS

The Trustee filed a Motion to Dismiss this case for failure of the Debtor to make confirmed plan payments as required by 11 U.S.C. § 1326(a)(1) of the Bankruptcy Code. The Court entered an Order on December 16, 2010 giving the Debtor sixty (60) days to bring all payments current and continue making their monthly payments, failing which the Trustee was to file an Affidavit of Default. As evidenced by the Affidavit of the Trustee, the Debtor has failed to comply with the terms of the Order.

Accordingly

**IT IS ORDERED**:

1. This case is dismissed without predjudice and the automatic stay imposed by 11 U.S.C.§362 and the stay of action against co-debtor by 11 U.S.C.§1301 are lifted subject to paragraph 3 below.

2. The Trustee shall disburse to creditors any monies not previously disbursed and file his final report.

3. **The effective date of this order is delayed fourteen (14) days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code, if the Debtor wishes to do so.**

4. All pending Chapter 13 hearings are canceled, except for any Order to Show Cause hearings the Court has set.

DATED this ~~February~~ March  1 , 2011 in Jacksonville, Florida.

JERRY A. FUNK
**United States Bankruptcy Judge**

Copies to:
All Interested Parties